UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAMS, *et al*.,<br><br>        Plaintiffs,<br><br>    v.<br><br>JOHN DOE, *et al*.,<br><br>        Defendants. | Case No. 23-cv-03213-SI<br><br>**ORDER VACATING OCTOBER 6, 2023 INITIAL CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE** |

This case was filed on June 28, 2023, against John Doe ("an individual or group of individuals using various Twitter handles, including @5C4MMER"), Ali Jorani, and Artopia.dev, a company of "unknown structure." The docket reflects that summons have not issued and that no defendant has been served. The complaint alleges that Jorani "is an individual and citizen of Saint Joseph, Missouri," that Jorani founded Artopia, and that Doe is an employee of Jorani and/or Artopia. Compl. ¶¶ 12-14.

As no defendant has been served, the Court VACATES the October 6, 2023 initial case management conference. Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. Proc. 4(m). Pursuant to this rule, plaintiffs were required to serve defendants by September 26, unless plaintiffs show "good cause" for the failure to do so. Plaintiffs have not requested an extension of time to serve the summons and complaint, nor have plaintiffs taken any action in this case since filing the complaint.

**Accordingly, plaintiffs are ORDERED TO SHOW CAUSE IN WRITING by October 10, 2023, why this case should not be dismissed without prejudice for failure to prosecute. The**

**failure to respond to this order will result in the dismissal of this case without prejudice.**

**IT IS SO ORDERED**.

Dated: October 2, 2023

_____
SUSAN ILLSTON
United States District Judge