UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAMS, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN DOE, *et al.*,<br><br>　　　　　Defendants. | Case No. 23-cv-03213-SI<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

This case was filed on June 28, 2023. In an order filed October 2, 2023, the Court noted that no defendant had yet been served, and ordered plaintiffs to show cause by October 10, 2023 why this case should not be dismissed without prejudice for failure to prosecute. Plaintiffs did not respond to the order, nor have plaintiffs served defendants or taken any other action in this case since its filing. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the Court DISMISSES this case without prejudice.

**IT IS SO ORDERED**.

Dated: February 2, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge