UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAMS, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN DOE, *et al*., <br><br> Defendants. | Case No. 23-cv-03213-SI <br><br> **JUDGMENT** |

This case is dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 2, 2024                    _____
                                                                  SUSAN ILLSTON
                                                                  United States District Judge